**EXHIBIT E**

| Corporate Enitity | Date of PPM | Category of Accountable Reserve Language | Category of Commingling Language | Net Worth of DBSI Inc. (in excess of) | Initial Capitalized Value of DBSI Master Leaseco Inc. |
|---|---|---|---|---|---|
| DBSI Collins Offices, LLC ("1301 East Collins") | 6/3/2004 | | A. | $50 million | |
| DBSI 700 Locust LeaseCo, LLC ("700 Locust") | 4/14/2004 | | A. | $50 million | |
| DBSI Alworth, LLC | 10/3/2005 | 2 | A. | $70 million | $10,000,000 |
| DBSI Amarillo Apartments LeaseCo LLC | 10/182004 | | A. | $50 million | |
| DBSI Lamar LLC ("Arbors of Brookhollow") | 6/23/2004 | | A. | $50 million | |
| DBSI Ash Avenue LLC ("Ash Avenue") | 1/10/2008 | 4 | B., C | $105 million | |
| DBSI Atlantic Boulevard LLC | 12/14/2005 | 2 | A. | $70 million | $10,000,000 |
| DBSI Baymeadows LLC | 5/11/2005 | 2 | A. | $75 million | $10,000,000 |
| DBSI Beacon Point LLC | 7/12/2007 | 1 | A. | $84 million | $15,400,000 |
| DBSI Belton Town Center Acquisition LLC | 8/12/2008 | 3 | A. | $105 million | $15,400,000 |
| DBSI Boise Foothills LLC | 2/28/2008 | 6 | B; C. | $105 million | |
| DBSI Buckley & 120th LLC | 7/16/2007 | 4 | D., C | $84 million | |
| DBSI Capital One, LLC | 3/22/2004 | | | | |

| Corporate Enitity | Date of PPM | Category of Accountable Reserve Language | Category of Commingling Language | Net Worth of DBSI Inc. (in excess of) | Initial Capitalized Value of DBSI Master Leaseco Inc. |
|---|---|---|---|---|---|
| DBSI Carriage Square Limited Partnership | 12/1/2000 | | | | |
| DBSI Carrollton East LLC | 9/29/2006 | 4 | E. | $150 million | |
| DBSI Cavanaugh LLC | 9/26/2007 | 4 | B.; C. | $105 million | $15,400,000 |
| DBSI Cavanaugh II LLC | 10/31/2007 | 4 | B.; C. | $105 million | $15,400,000 |
| DBSI Cavanaugh III LLC | 2/12/2008 | 4 | B.; C. | $105 million | $15,400,000 |
| DBSI Cavanaugh IV LLC | 10/17/2007 | 4 | B.; C | $105 million | $15,400,000 |
| DBSI Chambers and Hess, LLC | 11/17/2006 | | D.; C. | $89 million | |
| DBSI Charlotte I-485 LLC | 2/6/2007 | 4 | D. | $89 million | |
| DBSI Chattahoochie Corners, LLC | 6/1/2005 | | A. | $50 million | $10,000,000 |
| DBSI Chinden Road, LLC | 7/25/2007 | 4 | C.; D. | $84 million | |
| DBSI Clear Creek Square, LLC | 1/7/2005 | | A. | $50 million | |
| DBSI Colonnade West Lake, LLC | 10/10/2006 | 4 | A. | $89 million | $15,400,000 |
| DBSI Colony Commons, LLC | 5/21/2007 | 4 | A. | $84 million | $15,400,000 |
| DBSI Colony East, LLC | 8/15/2006 | | | $89 million | |
| DBSI Copenhaver Road, LLC | 5/7/2007 | 4 | C; D | $84 million | |

| Corporate Enitity | Date of PPM | Category of Accountable Reserve Language | Category of Commingling Language | Net Worth of DBSI Inc. (in excess of) | Initial Capitalized Value of DBSI Master Leaseco Inc. |
|---|---|---|---|---|---|
| DBSI Corporate Center II, LLC | 5/13/2004 | | A. | $50 million | |
| DBSI Corporate Center III, LLC | 6/11/2004 | | A. | $50 million | |
| DBSI Currell Centre, LLC | 4/19/2007 | 4 | A. | $84 million | $15,400,000 |
| DBSI E-470 East, LLC | 7/28/2008 | 5 | B; C | $105 million | |
| DBSI Eagle Ridge, LLC | 3/28/2006 | | A. | $70 million | $10,000,000 |
| DBSI East 21st Street, LLC | 3/8/2006 | | A. | $70 million | $10,000,000 |
| DBSI East 37th Street | 2/6/2006 | | A. | $70 million | |
| DBSI Emerald Tech C & D, LLC | 2/16/2004 | | | | |
| DBSI Executive Plaza II, LLC | 10/5/2004 | | A. | $50 million | |
| DBSI Fairway, LLC | 8/2/2004 | | A. | $50 million | $15,400,000 |
| DBSI Florissant Market Acquisition, LLC | 7/2/2008 | 3 | A. | $105 million | |
| DBSI Fresno Forms, LLC ("IRS Building") | 3/27/2003 | | | $104 million | $10,000,000 |
| DBSI Friar's Branch Crossing, LLC | 4/26/2005 | 2 | A. | $50 million | |

| Corporate Enitity | Date of PPM | Category of Accountable Reserve Language | Category of Commingling Language | Net Worth of DBSI Inc. (in excess of) | Initial Capitalized Value of DBSI Master Leaseco Inc. |
|---|---|---|---|---|---|
| DBSI Genesis, LLC | 6/10/2003 | | | "the Lessee will represent that it has a net worth available on an estimate fair market value basis of approximately $100,000,000." | $15,400,000 |
| DBSI Goshen Village, LLC | 5/29/2007 | 1; 4 | A. | $84 million | |
| DBSI Trinity Place, LLC ("Grand Forks") | 5/4/2005 | | F. | | $15,400,000 |
| DBSI Green Street Commons, LLC | 11/5/2007 | 1; 4 | A. | $105 million | $15,400,000 |
| DBSI Haverford Place, LLC | 8/9/2007 | 1; 4 | A. | $84 million | |
| DBSI Hernando South, LLC | 10/5/2007 | 4 | E. | $105 million | |
| DBSI Hernando South II, LLC | 9/12/2007 | 4 | | $105 million | |
| DBSI Highlander Building, LLC | 12/15/2003 | | | "the Lessee will represent that it has a net worth available on an estimate fair market value basis of approximately $100,000,000." | |
| DBSI Highway 60, LLC | 12/18/2007 | 4 | B: C. | $105 million | |
| DBSI Hillcrest South, LLC | 8/14/2006 | | | $89 million | |

| Corporate Enitity | Date of PPM | Category of Accountable Reserve Language | Category of Commingling Language | Net Worth of DBSI Inc. (in excess of) | Initial Capitalized Value of DBSI Master Leaseco Inc. |
|---|---|---|---|---|---|
| Hillcrest South TIC | 8/14/2006 | | | $89 million | |
| DBSI Horseshoe Bend Hills, LLC | 11/14/2006 | | C.; D. | $89 million | |
| DBSI Houston Levee Galleria, LLC | 1/18/2008 | 1; 4 | A. | $105 million | $15,400,000 |
| DBSI Indian Canyon Limited Partnership | 4/15/2001 | | | approximately $44,000,000 | |
| DBSI Indiana and 86th, LLC | 7/10/2007 | 4 | | approximately $44,000,000 | |
| DBSI Vantage Drive, LLC ("KCI Towers") | 5/7/2004 | | A. | $50 million | |
| DBSI Kettering Road, LLC | 8/7/2007 | 4 | C.; D. | $84 million | |
| DBSI King's Highway North, LLC | 3/15/2007 | 4 | C.; D. | $89 million | |
| DBSI King's Highway South, LLC | 3/16/2007 | 4 | C.;D. | $70 million | |
| DBSI Lakeview Sojourn, LLC | 10/5/2008 | 2 | A. | $105 million | $10,000,000 |
| DBSI Landmark Towers, LLC | 1/20/2008 | 1; 4 | A. | $105 million | $15,400,000 |
| DBSI Loop 1604, LLC | 6/20/2007 | 4 | A. | $84 million | |
| DBSI Mansell Plaza, LLC | 7/3/2007 | 1; 4 | A. | $84 million | |

| Corporate Enitity | Date of PPM | Category of Accountable Reserve Language | Category of Commingling Language | Net Worth of DBSI Inc. (in excess of) | Initial Capitalized Value of DBSI Master Leaseco Inc. |
|---|---|---|---|---|---|
| DBSI McCann, LLC | 2/8/2006 | | A. | $70 million | $15,400,000 |
| DBSI McMillan Road, LLC | 8/2/2007 | 4 | C.; D. | $84 million | |
| DBSI Memorial Drive, LLC | 7/10/2006 | | | $70 million | |
| DBSI Mercy Medical, LLC | 2/20/2007 | 1; 4 | A. | $89 million | |
| DBSI Metro Annex 7-10, LLC | 2/3/2004 | | | "the Lessee will represent that it has a net worth available on an estimate fair market value basis of approximately $100,000,000." | $15,400,000 |
| DBSI New Hampstead, LLC | 11/26/2007 | 4 | B.; C. | $105 million | |
| DBSI New Hampstead II, LLC | 12/4/2007 | 4 | B.; C | $105 million | |
| DBSI North Austin, LLC | 8/15/2007 | 4 | C.; D. | $84 million | |
| DBSI North Austin II, LLC | 8/14/2007 | 4 | C.; D. | $84 million | |
| DBSI North Austin III, LLC | 9/18/2007 | 4 | C.; D. | $105 million | |
| DBSI North Jarrell I-35, LLC | 6/3/2008 | 5 | B.; C. | $105 million | |
| DBSI North Medford, LLC | 2/22/2008 | 4 | B.; C. | $105 million | |
| DBSI North Park II, LLC | 11/10/2006 | 1; 4 | A. | $89 million | $15,400,000 |

| Corporate Enitity | Date of PPM | Category of Accountable Reserve Language | Category of Commingling Language | Net Worth of DBSI Inc. (in excess of) | Initial Capitalized Value of DBSI Master Leaseco Inc. |
|---|---|---|---|---|---|
| DBSI North Park III, LLC | 12/22/2006 | 1 | A. | $89 million | $15,400,000 |
| DBSI North Stafford, LLC | 3/14/2008 | 1; 4 | A. | $105 million | $15,400,000 |
| DBSI Northgate Limited Partnership | 7/31/2001 | | | "the Lessee will represent that it has a net worth available on a fair market value basis of approximately $81,000,000" | |
| DBSI Northpointe Tower LLC | 3/22/2006 | 1; 4 | A | $70 million | |
| DBSI Oakwood Plaza Acquisition LLC | 3/18/2008 | 1; 4 | A | $105 million | $15,400,000 |
| DBSI Ocotillo Heights East LLC | 8/19/2008 | 5 | B | $105 million | |
| DBSI Olympic LLC | 10/1/2003 | | | "the Lessee will represent that it has a net worth available on an estimate fair market value basis of approximately $100,000,000." | |
| DBSI One Hanover Park LLC | 7/21/2004 | | A | $50 million | |
| DBSI Park Plaza Retail Center LLC | 5/4/2007 | 1; 4 | A | $84 million | $15,400,000 |
| DBSI Peachtree Corners Pavilion LLC | 5/6/2008 | | A | $105 million | $15,400,000 |

| Corporate Enitity | Date of PPM | Category of Accountable Reserve Language | Category of Commingling Language | Net Worth of DBSI Inc. (in excess of) | Initial Capitalized Value of DBSI Master Leaseco Inc. |
|---|---|---|---|---|---|
| DBSI Peacock LLC | 7/16/2004 | | A | $50 million | |
| DBSI Phoenix Peak LLC | 6/29/2004 | | A | $50 million | |
| DBSI Pinehurst Square East Acquisition LLC | 4/17/2008 | 3; 4 | A | $105 million | $15,400,000 |
| DBSI Pinehurst Square West Acquisition LLC | 4/25/2008 | | A | $105 million | $15,400,000 |
| DBSI Portofino Tech Center Acquisition LLC | 7/16/2008 | 3 | A. | $105 million | $15,400,000 |
| DBSI Republic LLC | 10/15/2004 | | A | $50 million | |
| DBSI Ridgeview Drive LLC | 1/25/2007 | | D. | $89 million | |
| DBSI Riverstone Medical LLC | 12/13/2006 | 1 | A | $89 million | $15,400,000 |
| DBSI Romence Village II & III LLC | 2/4/2008 | 1; 4 | A | $105 million | $15,400,000 |
| DBSI Royal Montreal LLC | 10/20/2006 | 1; 4 | A | $89 million | $15,400,000 |
| DBSI Salem State Office LLC | 5/30/2003 | | | "the Lesee will represent that it has a net worth available on an estimated fair market value basis of approximately $100,000,000." | |

| Corporate Enitity | Date of PPM | Category of Accountable Reserve Language | Category of Commingling Language | Net Worth of DBSI Inc. (in excess of) | Initial Capitalized Value of DBSI Master Leaseco Inc. |
|---|---|---|---|---|---|
| DBSI Sherwood Village LLC | 3/29/2007 | 1; 4 | A | $84 million | $15,400,000 |
| DBSI Shoppes at Trammel LLC | 4/1/2008; PPM Supplement dated 5/13/2008 | 1; 3; 4 | A | $105 million | $15,400,000 |
| DBSI Shops @ Katy LLC | 7/26/2007 | 1; 4 | A | $84 million | $15,400,000 |
| DBSI Shops at East West Connector LLC | 12/21/2006 | 4 | A | $89 million | |
| DBSI Shops of Turkey Creek LLC | 10/10/2007 | 1; 4 | A | $105 million | $15,400,000 |
| DBSI Signature Place LLC | 8/11/2004 | | A | $50 million | |
| DBSI Silver Lakes LLC | 6/15/2006 | 3 | A | $70 million | $10,000,000 |
| DBSI Snake River Valley LLC | 8/1/2007 | 4 | E; C | $84 million | |
| DBSI ST Tower LLC | 10/15/2004 | | A | $50 million | |
| DBSI Sprague & Hatch LLC | 9/16/2004 | | A | $50 million | |
| DBSI Springville Corner LLC | 11/19/2007 | 1; 4 | A | $105 million | $15,400,000 |

| Corporate Enitity | Date of PPM | Category of Accountable Reserve Language | Category of Commingling Language | Net Worth of DBSI Inc. (in excess of) | Initial Capitalized Value of DBSI Master Leaseco Inc. |
|---|---|---|---|---|---|
| DBSI State Offices LLC | 9/2/2003 | | | "the Manager/Lessee will represent that it has a net worth available on an estimated fair market value basis of approximately $100,000,000." | |
| DBSI Stone Oak Crossing LLC | 9/4/2007 | 1; 4 | A | $105 million | $15,400,000 |
| DBSI Thornton Road LLC | 2/14/2007 | | | $89 million | |
| DBSI Trekell & I-8 LLC | 5/22/2008 | 5 | B; C | $105 million | |
| DBSI Trinity Place LLC | 5/4/2005 | | F | | |
| DBSI University Park LLC | 10/13/2004 | | A | $50 million | |
| DBSI East 37th Street (aka Vatterott) | 2/6/2006 | | B; | $70 million | |
| DBSI Village at Old Trace LLC | 8/6/2006 | 1; 4 | B | $84 million | $10,000,000 |
| DBSI Village Townhomes LLC | 9/8/2005; Supplement dated 10/21/2005 | 2 | A | $69 million | $10,000,000 |
| DBSI Villages of Riverview LLC | 9/5/2008 | 4 | B; E | $130 million | |
| DBSI Villago North LLC | 3/17/2008 | 4 | B, C | $105 million | |

| Corporate Enitity | Date of PPM | Category of Accountable Reserve Language | Category of Commingling Language | Net Worth of DBSI Inc. (in excess of) | Initial Capitalized Value of DBSI Master Leaseco Inc. |
|---|---|---|---|---|---|
| DBSI Villago South LLC | 3/18/2008 | 4 | E, C | $105 million | |
| DBSI West Boise LLC | 4/14/2008 | 4 | B; C | $105 million | |
| DBSI West Shaw LLC | 10/20/2003 | | | estimated fair market value basis of approximately $100 million | |
| DBSI Willow Bend LLC | 7/20/2007 | 2; 4 | A | $84 million | $15,400,000 |
| DBSI Wingfield Village LLC | 6/11/2008 | 5 | B; C | $105 million | |
| DBSI Wisdom Pointe LLC | 1/31/2008 | 1; 4 | A | $105 million | $15,400,000 |
| DBSI Wistar Center LLC | 9/2/2005 | 2 | A | $69 million | $10,000,000 |